## Metz Estate.

Argued January 8, 1965.   Before BELL, C. J., MUSMANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

*Thomas E. Waters, Jr.,* with him *James J. Himsworth, Jr.,* and *Waters, Fleer, Cooper & Gallagher,* for appellant.

*James L. Hollinger,* in propria persona, as guardian and trustee ad litem, appellee.

*Robert W. Tredennick, Leonard G. Sautter* and *H. James Sautter,* for executors and trustees, appellees.

*Wesley H. Caldwell, Samuel L. Sagendorph,* and *Roper & Caldwell,* and *Wright, Spencer, Manning & Sagendorph,* for appellees.

OPINION PER CURIAM, March 16, 1965:
Decree affirmed. Costs on appellant.